# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

SiriusPoint America Insurance Company
Plaintiff

v.

Michael Stern; JDS Development LLC, et al.
Defendant

3:26-cv-2199

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendants JDS Development LLC; 191 SW 12 Owner LLC; 111 West 57th Property Owner, LLC; 1SSP Holdings LLC; 1SSP Residential LLC; 1SSP Hotel LLC; 1SSP Parking LLC; 1SSP Amenity LLC; and, 1SSP Micro LLC

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

1SSP Holdings LLC, 1SSP Holdings 2 LLC, 111 West 57th Holdings LLC

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Michael Stern, SiriusPoint America Insurance Company

| | |
|---|---|
| Date: | July 1, 2026 |
| Signature: | /s/ Justin D. Hanna |
| Print Name: | Justin D. Hanna |
| Bar Number: | 24095726 |
| Address: | 8080 Park Lane, Suite 700 |
| City, State, Zip: | Dallas, Texas 75231 |
| Telephone: | 214.265.3800 |
| Fax: | 214.691.6311 |
| E-Mail: | jhanna@condontobin.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.